FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN 19 PM 2:23
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR314-2 |
| | ) | |
| VERDELL GOINS, JR. | ) | |

## ORDER

The defendant, Verdell Goins, Jr., was sentenced on May 21, 2015 and is in the custody of the Bureau of Prisons.

Surety, Mary Lawson Goins, has requested the return of the $5,000.00 cash security posted on the defendant's $50,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $5,000.00 posted by Mary Lawson Goins for this defendant, plus all accrued interest thereon, be returned to: Mary Lawson Goins at 15815 N.W. 39 Place, Opalocka, Florida 33054.

This 19th day of June, 2015 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA